# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTURY SURETY COMPANY, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:22-cv-04206 |
| v. | ) |
| CANINE THERAPY CORPS, INC., and STEPHEN L. KUNKEL, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## PLAINTIFF'S RULE 41(A)(i) MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, CENTURY SURETY COMPANY, by and through its attorneys, HEPLERBROOM LLC, pursuant to Rule 41(A)(i) and (B), and no opposing party having appeared, or served an answer or motion for summary judgment, and requests that this Court voluntarily dismiss this action without prejudice.

Respectfully submitted,

CENTURY SURETY COMPANY

By: /s/ Amy E. Johnson
One of its Attorneys

Amy E. Johnson, Esq.
HEPLERBROOM LLC
70 West Madison Street, Suite 2600
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
amy.johnson@heplerbroom.com
*Counsel for Century Surety Company*

## CERTIFICATE OF FILING

I hereby certify that on September 12, 2022, a true and correct copy of *Plaintiff's Rule 41(A)(i) Motion for Voluntary Dismissal* was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Amy E. Johnson